The People of the State of New York, Respondent,
against
Lisa Flores, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Robert Stolz, J.), rendered October 30, 2016, convicting her, upon her plea of guilty, of petit larceny, and imposing sentence.




Per Curiam.
Judgment of conviction (Robert Stolz, J.), rendered October 30, 2016, affirmed.
The record establishes that defendant's plea was knowing, intelligent and voluntary (see People v Conceicao, 26 NY3d 375, 382-383 [2015]; People v Sougou, 26 NY3d 1052, 1054—1055 [2015]). At the plea proceeding, defendant stated that she wished to plead guilty to the charged offense of petit larceny in exchange for a sentence of time served. Defendant acknowledged the facts underlying her commission of the offense, stated that she had time to discuss her guilty plea with counsel, and waived her right to trial. Thus, the record as a whole establishes defendant's understanding and waiver of her constitutional rights, despite the absence of a full enumeration of all the rights waived (see People v Sougou, 26 NY3dat 1054; People v Simmons, 138 AD3d 520 [2016], lv denied 27 NY3d 1139 [2016]). 
In any event, the only relief defendant requests is dismissal of the accusatory instrument, and she expressly requests that this Court affirm her conviction if it does not grant dismissal. Since it cannot be said that no penological purpose would be served by remanding the matter to Criminal Court for further proceedings, dismissal is not warranted and therefore, we affirm on this basis as well (see People v Conceicao, 26 NY3d at 385 n 1; People v Teron, 139 AD3d 450 [2016]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur concur
Decision Date: December 9, 2019